No. 1011. WALLACE ET AL. *v.* VIRGINIA. C. A. 4th Cir. Motion to advance denied. *George E. Allen, Sr., Anthony G. Amsterdam, Jack Greenberg, James M. Nabrit III, Charles Stephen Ralston, S. W. Tucker* and *Henry L. Marsh III* on the motion.

No. 1125. BOND ET AL. *v.* FLOYD ET AL. Appeal from D. C. N. D. Ga. Motion to advance denied. *Leonard B. Boudin* and *Victor Rabinowitz* for appellants on the motion. *Arthur K. Bolton,* Attorney General of Georgia, *William L. Harper, Paul L. Hanes* and *Alfred Evans, Jr.,* Assistant Attorneys General, for appellees in opposition to the motion.

No. 1068. LONG *v.* DISTRICT COURT OF IOWA, IN AND FOR LEE COUNTY. Sup. Ct. Iowa. (Certiorari granted, *ante,* p. 925.) Motion for appointment of counsel granted. It is ordered that *Ronald L. Carlson, Esquire,* of Iowa City, Iowa, be, and he is hereby, appointed to serve as counsel for the petitioner in this case.

No. 1308, Misc. JOHNSON *v.* FLORIDA. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.